Simon A. Odoni<br>
Reg. No. 81954-004<br>
D. Ray James C.I.<br>
PO Box 2000<br>
Folkston<br>
GA 31537

RECEIVED
DATE Nov. 7, 2016
DEPUTY CLERK
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK, GEORGIA

Clerk of the Court,
U.S. District Court
Southern District of Waycross,
801 Gloucester Street,
Brunswick,
GA 13520

2nd November, 2016

Dear Clerk of the Court,

**Re: Case no. 5:16-cv-00055-LGW-RSB   v. GEO Group Inc.**

I am writing in connection with the above case in which I am one of the plaintiffs. I have heard nothing which confirms my interest in the proceedings of the case.

Would you kindly provide me with a status report on the current position.

Many thanks.

Yours faithfully,

Simon A. Odoni
Reg. No. 81954-004