# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| EDWIN AGUILAR IBARRA, et al., | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: 5:16-cv-55 |
| v. | * | |
| GEO GROUP, INC.; GEORGE ZOLEY; D. RAY JAMES CORRECTIONAL FACILITY; and WARDEN TRACY JOHNS, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's November 3, 2016, Report and Recommendation, (dkt. no. 11), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiffs' Complaint, **DISMISSES AS MOOT** Plaintiff Scotton's Motion for Restraining Order, (dkt. no. 4), and **DENIES** Plaintiffs leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 14 day of December, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)